FILED

03/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0672

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 19-0672

CANDICE LOWE,

     Plaintiff/Appellant,

v.

KEITH TREECE,

     Defendant/Appellee.

## ORDER

Pursuant to the parties' Stipulation to Dismiss with Prejudice, and for good cause shown, IT IS HEREBY ORDERED that the above-referenced matter is dismissed with prejudice, each party to bear its own attorney's fees and costs.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 10 2020